## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

HENRY MAXWELL/RASULALLAH,                                                                 PLAINTIFF
ADC #80266

v.                                           No. 5:09CV00228 JLH-JJV

RAY HOBBS, *et al.*                                                                              DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Joe J. Volpe. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No. 29) is GRANTED, and Plaintiff's complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 17th day of August, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE