**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

HENRY MAXWELL/RASULALLAH,　　　　　　　　　　　　　　　　　PLAINTIFF
ADC #80266

v.　　　　　　　　　　No. 5:09CV00228 JLH-JJV

RAY HOBBS, *et al.*　　　　　　　　　　　　　　　　　　　　DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 17th day of August, 2010.

*/s/ J. Leon Holmes*
UNITED STATES DISTRICT JUDGE